COLIN LENNARD (SBN 42304)
MARTIN L. PITHA (SBN 192447)
PATRICIA J. CHEN (SBN 197719)
**FULBRIGHT & JAWORSKI L.L.P.**
555 S. Flower Street, Suite 4100
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Plaintiff
HAZEL GREEN RANCH, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HAZEL GREEN RANCH, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as Secretary of the United States Department of the Interior, NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as Director, National Park Service, MICHAEL J. TOLLEFSON, in his capacity as Superintendent, Yosemite National Park,<br><br>Defendants. | Civil Action No.<br><br>**APPENDIX OF EXHIBITS REFERENCED IN COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT, AND WRIT OF MANDAMUS** |

Plaintiff Hazel Green Ranch, LLC ("HGR"), hereby submits the attached exhibits referenced in its Complaint. These exhibits are intended to assist in understanding the history of Hazel Green, the Crane Flat Road, and the Coulterville Road described in the Complaint.

Dated: March 14, 2007

COLIN LENNARD
MARTIN L. PITHA
PATRICIA J. CHEN
**FULBRIGHT & JAWORSKI L.L.P.**

By /s/Colin Lennard
Colin Lennard
Attorneys for Plaintiff HAZEL GREEN RANCH, LLC