# EXHIBIT 1




Figure 9: (After DeVere 1991)