# EXHIBIT 3

# United States Department of the Interior

NATIONAL PARK SERVICE
Pacific West Regional Office
600 Harrison Street, Suite 600
San Francisco, California 94107-1372

IN REPLY REFER TO:
A3821 (PWRO-RD)

July 17, 1998

Stanley Selengut, President
Maho Bay Camps, Inc.
17A East 73rd Street
New York, New York 10021

Dear Stanley,

As usual, I have been carrying a couple of your letters around with me working toward writing back. They must have traveled 25,000 miles by now.

Things sound like they are going well for your "expanded adventures" into the ecotourism world. I'm very excited about the progress that you are making on the Bermuda property. For some reason it seems like a perfect match in an absolutely stunning location. I suppose the problems are as big as anywhere, but I truly hope it works out for you.

Concordia always seems slow and I imagine the permit issues are a tangle always down there. Have you by any chance run into a young architect named Michael Milne on St. John? He is the son of a recently retired NPS employee who is a close friend of mine. Michael has an office near the harbor, and the park visitor center someplace, I think. I have seen a little of his work. It seems quite good, though perhaps pretty traditional in approach and materials used. Nonetheless, he is smart and personable, and you may want to meet him. I know that he knows Russ Berry.

I was surprised to hear that you may have something going in Puerto Rico. What is it?

Regarding the Yosemite property, I'm ecstatic that you bought it. Lew and I finally connected (by the way, you are right...he does have "boundless energy") and I think he has been working to get a meeting with the Park. I think that is a relationship that will probably grow steadily but a bit slowly. The reason is all of the controversial planning that is going on right now. The Superintendent and the staff are pretty over-consumed with it all. Nonetheless, it will all march on to completion sooner or later.

In the meantime, I strongly suggest that you (or Lew, most likely) spend a fair bit of effort with the following folks:

- The Yosemite area Regional Transit System (YARTS) people
- Chip Jenkins on the park staff
- The local congressman's staff (Congressman Radanovich).

As we all get beyond this controversial planning stage everyone will want good things to happen, and that's what you need to be poised for.

I'd appreciate it, though I am on travel all the time and notoriously hard to get hold of, if you'd keep me up to date on what's happening. As some point it will be best for several of us to get together, I imagine.

You also wrote to ask me if it would be possible for us to think about a NPS (Pacific West Region/Yosemite) /Maho Bay Camps, Inc. co-hosting a sustainable workshop.

To be really honest, I think it is premature at this point, given the stress the park staff is under to get through this all-consuming public planning stage they are in right now. There will come a time when I think it would be a good idea. I'll start talking to the park and working towards it.

I trust all is fine with you and Irma. Bobbie finished her last quarter of her junior year in college in June, followed a week later with accompanying me on business to Paris which we followed up with a lovely week of vacation in the Provence region in the south of France.

I hope we can all see each other one of these days.

Sincerely,

John J. Reynolds
Regional Director