# EXHIBIT 4




LEGEND

1 — 1 Proposed Access
2 — 2 Historic Crane Flat Road/Old Yosemite Road
3 — 3 Old Coulterville Road/USFS Road 2S01 and B-10 Road

Proposed Paved Road
Existing Paved Road, unmaintained*

* Maintained in prior years.

NOTE:

1. Road lengths are approximate.

## PROPOSED PROPERTY ACCESS

HAZEL GREEN RANCH CONCEPT MASTER PLAN

SASAKI

PROVOST & PRITCHARD

12 June 2006