# EXHIBIT 5



# YOSEMITE VALLEY PLAN

*Supplemental Environmental Impact Statement*

*Public Comments and Responses*

National Park Service
Yosemite National Park
California

United States Department of the Interior

property also provides for the development of a research station for UC Merced in partnership with the National Park Service's Sierra Studies Institute." (Merced County Board of Supervisors, Merced, CA - #20114)

"The Economic Development Corporation of Mariposa County endorses the Hazel Green project designed by Destination Villages. We request that you consider the Hazel Green staging area suggested in Alternative 4 in your final plan for the following reasons: It is essential to this region that UC Merced and Yosemite National Park cement their relationship during this development period for both entities. Co-locating a Yosemite staging area with the UC Merced Sierra Research Institute is a practical step in this direction. The developer for Hazel Green has offered facilities consistent with the plans of both organizations at no cost to either, a savings for state and federal taxpayers. Moving the parking and staging area from South Landing to Hazel Green will save emissions from vehicles coming from the west. It is true that cars from the east will have to drive farther to get to the staging area if their drivers wish to park and ride. However, snow eliminates vehicles coming from the east during a significant portion of the year, and, during summer, some riders from Lee Vining have the option of coming on YARTS buses directly to the Valley. It seems logical that cutting the number of vehicle emissions coming from the west takes priority over reducing emissions from the east." (Business, Mariposa, CA - #1797)

"Our studies indicate that we do not have a Great Grey Owl problem, but that one may exist at South Landing. The Draft Plan makes clear that parking facilities at South Landing will require significant further environmental impact studies, as well as substantial construction; this is not so at Hazel Green. We know that if the parking is changed to Hazel Green, it will happen; but if it stays at South Landing the environmental constraints may prohibit it. Placing the Parking on private rather than Park property just makes more sense. We believe that we are entitled to access from Hazel Green to Highway 120 in any event. And, finally, Highway 120 is already enlarged at the Hazel Green location." (Public Hearing, Fresno, CA - #20482)

**Response:** The Preferred alternative in the *Final Yosemite Valley Plan/SEIS* calls for parking for day visitors to be located along each of the approach routes to Yosemite Valley and in the Valley in designated locations (Badger Pass, El Portal, and Hazel Green or Foresta). Parking locations are identified for each approach route to the Valley to provide convenient parking for all day visitors. Visitors parking outside the Valley would be transported to the Valley on shuttle buses. Alternatives 4 and 5 include day-visitor parking at other candidate sites (Foresta and South Landing on Big Oak Flat Road; and Henness Ridge, near Yosemite West and the Chinquapin intersection on Wawona Road).

Candidate sites for out-of-Valley parking were identified by locating areas of adequate size to meet the expected parking demand. Sites with steep slopes, sites within designated Wilderness, and sites that were more than one mile from a major park road were not considered. Meadows and meadow edges were not considered to be appropriate sites because of potential wildlife impacts and loss of valuable natural resources. Wawona was not identified as a candidate site for parking for day visitors to Yosemite Valley because the existing parking areas are fully utilized by visitors to Wawona and users of the shuttle from Wawona to the Mariposa Grove of Giant Sequoias. There was not adequate flat land available outside of meadows and other highly valued resources to accommodate the expected parking demand in Wawona. In addition, the long travel distance from Wawona to the Valley would make the shuttle fleet larger and more expensive to operate.

Trade-offs exist among the alternative locations identified in the *Final Yosemite Valley Plan/SEIS* for parking areas along the Wawona Road and Big Oak Flat Road. Locations closer to the Valley offer the advantage of quicker travel times to the Valley and the need for a smaller fleet of shuttle buses. Some of the alternatives, like Badger Pass and Hazel Green, have the disadvantage of requiring some visitors to travel out of their way to reach the staging area. However, these alternatives have the advantage of requiring less development on previously undisturbed land and the opportunity for multiple uses, reducing the overall need for development in and near the park. All of the advantages and disadvantages of the alternative out-of-valley parking locations were considered in identifying the Preferred Alternative in the *Final Yosemite Valley Plan/SEIS.*

Providing all parking for day visitors to Yosemite Valley in locations outside the Valley was considered but dismissed in the *Final Yosemite Valley Plan/SEIS*. Serving all day visitors with shuttles from remote