# EXHIBIT 8

## HAZEL GREEN RANCH – PROPOSED ROAD SUMMARY

- Hazel Green Ranch, LLC, and its members and owners Lewis P. and Genevieve L. Geyser (collectively, the "Geysers") seek the National Park Service's agreement to build a two lane road of approximately 500 linear feet for access between Highway 120 (Big Oak Flat Road) and their property, the Hazel Green Ranch ("Hazel Green"), located adjacent to Yosemite National Park and Stanislaus National Forest.

- Hazel Green is connected by two public roads, the Coulterville Road and the Crane Flat Road, to Highway 120, each of which has a right-of-way under R.S. 2477.

- These two roads are significantly longer (11,260 ft. and 3,700 ft.) than the proposed 500-foot road, which would run from the northeast corner of Hazel Green, due east to Highway 120.

- The environmental impacts of the improvement and use of the two roads would undoubtedly be more significant than the construction and use of the proposed 500-foot road.

- The issue is whether the National Park Service should grant the owners of Hazel Green permission to build at their expense and to National Park Service road standards, the 500-foot road to avoid the higher environmental impacts related to improving the Coulterville and Crane Flat roads.

- Benefits of the proposed road:

  - Reduced use of materials for construction of road (less resources and construction traffic);

  - Less total grading and fewer total demolished trees for construction of the road;

  - Less area impacted in the project vicinity and adjacent habitats;

  - Reduced lengths of car trips results in fewer emissions in the site vicinity;

  - Less road to maintain and faster emergency and fire protection access and response;

  - Already subject to extensive environmental review via the Yosemite Valley Plan; and

  - Intersects Highway 120 at a safe and convenient access point.

# HAZEL GREEN RANCH – PROPOSED ROAD

## SUMMARY AND REQUESTED ACTION:

Hazel Green Ranch, LLC, and its members and owners Lewis P. and Genevieve L. Geyser (collectively, the "Geysers") seek the agreement of the National Park Service allowing the Geysers to build a two lane road (or two single lane roads) of approximately 500 linear feet on Park Service land. The road would provide access between Highway 120 (Big Oak Flat Road) and their property, the Hazel Green Ranch ("Hazel Green"), located adjacent to Yosemite National Park and Stanislaus National Forest. Currently, Hazel Green is connected by two public roads, the Coulterville Road and the Crane Flat Road, to Highway 120. Although these roads have not been recently used by the general public, the underlying easements created by R.S. 2477 remain intact today. As such, they may be utilized and appropriately improved to accommodate vehicular traffic to Hazel Green. However, these two roads are significantly longer than the proposed 500-foot road which would run from the northeast corner of Hazel Green, due east to Highway 120. The Coulterville Road is approximately 11,260 feet long and the Crane Flat Road is 3,700 feet long. Thus, the environmental impacts of the improvement and use of the two roads would undoubtedly be more significant than the construction and use of the proposed 500-foot road.

## BACKGROUND:

Hazel Green is a privately-owned 80-acre site surrounded on all four sides by federal land, with Yosemite to the East, and Stanislaus National Forest to the North, South, and West. *See* Attachment A (1993 U.S. Forest Service map, showing Hazel Green in white, surrounded by shaded federal properties). Between October 1888 and June 1938, Hazel Green was part of a larger, approximately 120-acre property, and was used as a stagecoach and automobile stop and hotel. In 1938, the eastern 40 acres of this property were deeded to the United States. Highway 120 was then realigned and built along a new route that passed directly through what had been, until 1938, the eastern 40 acres of Hazel Green.

The Coulterville Road and Crane Flat Road were constructed during the 1870s across what was then unreserved federal land as segments of the historic "Coulterville & Yo Semite Turnpike." *See* Attachment B (1976 U.S. Department of Interior Geological Survey map showing the Coulterville Road (marked in pink) and the Crane Flat Road (marked in yellow)). As such, they were part of the first wagon road to link Yosemite Valley to the outside world, and the first road on which automobiles were permitted to enter Yosemite. Although neither has received significant use of late, both remain roads, and they continue to provide needed access to and

from Hazel Green, on easements granted by Congress over 100 years ago, i.e., R.S. 2477 (see discussion below).

The existence of the rights-of-way for the Coulterville Road and Crane Flat Road is supported by substantial documentation including:

- Countless maps dating back to after 1866.
- Yosemite regulations, published in various annual reports by the Secretary of the Interior, required that automobiles entering Yosemite use the Coulterville Road through Hazel Green and the Merced Grove, beginning in 1914.
- A history of the Coulterville to Yosemite Road commissioned by the National Park Service shows that, on the day the road was opened to the public, in June 1874, some fifty carriages passed over the Coulterville Road.
- A 1904 report submitted by the Secretary of the Interior to Congress, regarding the setting of boundaries for Yosemite and the state of transportation routes to Yosemite Valley, discussed the existence of the Coulterville and Crane Flat Roads, their use, and Hazel Green.

The Geysers currently plan to develop Hazel Green into a destination resort along with a research facility for the University of California at Merced, and they are seeking to secure public access to their property from Highway 120. Although they hold existing rights to Coulterville Road and Crane Flat Road, the Geysers would prefer to build a 500-foot road from the northeast corner of Hazel Green to Highway 120. This area is managed by the Park Service. The 500-foot road is significantly shorter than both the Coulterville Road (11,260 ft.) and Crane Flat Road (3700 ft.), and as such, construction, use, and maintenance of this road is anticipated to result in significantly less environmental impacts than improvement, use, and maintenance of the Coulterville and Crane Flat Roads. *See* Attachment C (Map of the Coulterville Road and Crane Flat Roads and the proposed 500-foot road).

Moreover, this 500-foot road has already been subject to extensive environmental review by the Park Service as a result of being part of the Preferred Alternative (Alternative 2) in the current Yosemite Valley Plan/Supplemental Environmental Impact Statement (SEIS) issued in November 2000. Hazel Green was considered as an out-of-valley parking area on the Big Oak Flat Road corridor and the environmental impacts of building a parking lot, *in addition to*, an access road (the 500-foot road) were deemed to be moderate to minor.[1] No additional

[1] For example, the SEIS states:

- A small, unnatural wetland at the edge of Big Oak Flat Road could be affected by the access road. However, site design would minimize impacts to this area to the extent possible. Given the small size of the wetland and commitment to avoid or compensate for impacts, minor, adverse effects are anticipated.
- Removal of forest habitat for the access road and parking area could affect species such as spotted owl, Steller's jay, and Douglas squirrel, although initial plans call for the retention of as many trees as possible. However, habitat loss would result in a moderate, adverse impact to the above wildlife species.

environmental impacts from the proposed road are anticipated beyond what was identified in the SEIS.

**R.S. 2477:**

In 1866, Congress enacted a federal statute that granted easements over federal land. This enactment, known as R.S. 2477, provided in its entirety as follows: "The right of way for the construction of highways over public lands, not reserved for public uses, is hereby granted." As courts have since explained, the legislative purpose behind this simple enactment was to "facilitate the settlement of the country," and to further a "general policy of the federal government" by "tend[ing] to increase the value of the public lands." *S. Utah Wilderness Alliance v. Bureau of Land Mgmt.*, 425 F.3d 735, 741 (10th Cir. 2005) [hereinafter *SUWA*].

In 1976, Congress repealed R.S. 2477 in its enactment of the Federal Land Policy Management Act of 1976, but explicitly preserved any right-of-way that had existed prior to the date of its enactment. *See Fitzgerald v. United States*, 932 F. Supp. 1195 (D. Ariz. 1996). ***While Congress placed tighter controls on the future creation of easements over federal land, it recognized that R.S. 2477 had created vested rights that could not be disregarded.***

**THE ISSUE:**

On or about March 28, 2006, Brian R. Hochleutner of Munger, Tolles & Olson LLP, on behalf of the Geysers, submitted a lengthy letter to Michael J. Tollefson, Superintendent of Yosemite National Park detailing the bases of their R.S. 2477 rights in the Coulterville and Crane Flat Roads. *See* Attachment D. However, because the construction, use, and maintenance of the proposed 500-foot road will result in significantly less environmental impacts than the improvement, use, and maintenance of the Coulterville and Crane Flat Roads, the Geysers would like the Park Service to agree to the 500-foot road to avoid the need to improve the R.S. 2477 rights-of-way. Noteworthy is the Department of the Interior's own policy, which recognizes that the Tenth Circuit in *SUWA* requires that upon being advised of a holder of an R.S. 2477 right-of-way's intention to improve such road, the Bureau of Land Management must "determine whether the proposed improvement is reasonable and necessary . . . and if appropriate, [] ***formulate alternatives that serve to protect the lands.***" Memorandum from Secretary Gail Norton dated March 22, 2006, Re: Departmental Implementation of [*SUWA*]; Revocation of January 22, 1997, Interim Policy; Revocation of December 7, 1998 Policy (emphasis added). ***The 500-foot road is an alternative that would protect the park lands.***

---

- Radiating impacts from increased visitor use would affect surrounding areas, including meadows. These impacts could be reduced through control of visitor access. The relatively small area affect, impacts of existing development, and the abundance of similar habitat in the area that would remain unaffected would limit the effect on wildlife to moderate, adverse impacts.

SEIS at 4.2-61.

**BENEFITS OF THE PROPOSED ROAD:**

Construction and use of the proposed road would result in significantly less environmental impacts than the improvement and use of the Coulterville Road and Crane Flat Road. More specifically, the 500-foot road appears to present the following benefits:

- Reduced use of materials (road base, concrete sub-base, asphalt) for construction of road results in reduced resource extraction from the environment and less construction traffic in the project vicinity.
- Less total grading and fewer total demolished trees for construction of the road.[2] While the longer routes were previously paved, they may require widening, and therefore require tree demolition to accommodate fire access width requirements, which may be wider than what currently exists.
- Less area impacted in the project vicinity and adjacent habitats. A shorter access road results in fewer vehicle emissions, less noise pollution, less surface drainage run-off, and fewer vehicle-introduced pollutants (rubber detritus from tires, oil, etc.) over the total length of the road, thereby impacting a smaller area of NPS or USFS land.
- Reduced lengths of car trips results in fewer emissions in the site vicinity.
- Less road to maintain (snow removal, periodic surface coats, fixing potholes), and faster emergency and fire protection access and response.
- Already subject to extensive environmental review via the Yosemite Valley Plan.

In addition, the proposed 500-foot road intersects Highway 120 where it is already widened and at a relatively straight stretch of road, thereby making it a safe access.

**LOCAL LAND USE SUPPORT/APPROVAL**

The Geysers have discussed their planned resort development with Mariposa County and anticipate that they will receive full support from the County. *See* Attachment E (letter from Lyle Turpin, Mariposa County Supervisor, to Lewis P. Geyser dated June 1, 2006). Their development plan is consistent with the County's General Plan and Zoning and the draft General Plan expected to be adopted in the near future. In addition, the County also supports the proposed University of California at Merced research facility which is incorporated in the Geysers' development plan for Hazel Green.

---

[2] The Geysers' proposed road involves construction in an area that that was damaged by the 1987 Complex Fire. The Geysers would clear all the cut and fallen trees and the least amount of live trees would be impacted. If it is determined that two single lane roads would be best from an environmental and safety perspective, the Geysers would build two single lanes.