**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAZEL GREEN RANCH, LLC<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>　　　　　　Defendants. | No. 1:07-CV-00414-OWW-SMS<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE MOTION HEARING AND SET BRIEFING SCHEDULE<br><br><br>Date:　July 26, 2007<br>Time:　12:00 p.m.<br>Judge:　Hon. Oliver W. Wanger<br>Place:　Courtroom 3 |

The Court having received the Stipulated Motion to Continue Motion Hearing and Set Briefing Schedule, and good cause appearing, orders:

1. The Motion Hearing is hereby rescheduled for July 26, 2007, 12:00 p.m.
2. Opposition briefs to the Proposed Defendant Intervenors' motion shall be filed no later than July 11, 2007.
3. Proposed Intervenors shall file their reply no later than July 20, 2007.

IT IS SO ORDERED.

**Dated:  June 13, 2007**                      /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE