**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Hazel Green Ranch, LLC a Delaware limited liability company,<br><br>          Plaintiff,<br><br>  v.<br><br>United States Department of the Interior, Dirk Kempthorne in his Capacity as the Secretary of the United States Department of the Interior, National Park Service, Mary A. Bomar, in her capacity of director of National Park Services, Michael J. Tollefson in his capacity as Superintendent of Yosemite,<br><br>          Defendants.<br>   and<br><br>Sierra Club, Natural Defense Resources Council, and The Wilderness Society,<br><br>          Intervenor-Defendant Applicants. | 1:07-CV-00414-OWW-SMS<br><br>AMENDMENT TO MEMORANDUM DECISION AND ORDER RE INTERVENOR-DEFENDANTS' MOTION TO INTERVENE (DOC. 12) |

The Memorandum Decision and Order filed September 5, 2007 is amended by deleting the CONCLUSION at page 36, lines 21-28 and page 37, lines 1-2 and substituting therefore the following:

**CONCLUSION**

The motion to intervene as a matter of right is **DENIED**. The

motion for permissive intervention by the Sierra Club, NRDC and the Society is **GRANTED,** conditioned upon intervenors strictly limiting their participation to claims and defenses not already advanced by the government.  The answer of intervenors shall be filed by the clerk of the court.

IT IS SO ORDERED.

**Dated:   September 12, 2007**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE