MCGREGOR W. SCOTT
United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

RONALD J. TENPAS
Acting Assistant Attorney General
BRUCE D. BERNARD
Trial Attorney
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1361
Facsimile: (303) 844-1350
e-mail: bruce.bernard@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAZEL GREEN RANCH, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>Defendants. | No. 1:07-CV-00414-OWW-SMS<br><br>FEDERAL DEFENDANTS' MOTION TO DISMISS<br><br>[Filed concurrently with Memorandum of Points and Authorities]<br><br>Judge Oliver W. Wanger<br><br>Date: December 10, 2007<br>Time: 10:00 a.m.<br>Courtroom: 3 |

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the Department of the Interior, *et al*. ("Federal Defendants") hereby move to dismiss Plaintiff Hazel Green Ranch, LLC's First Amended Complaint for Quiet Title, Declaratory Judgment, and Writ of Mandamus for lack of jurisdiction. As explained more fully in Federal Defendants' concurrently filed memorandum in support of this motion, the Court is without jurisdiction to hear Plaintiff's claims because Plaintiff does not, and cannot, allege an interest in title within the meaning of the Quiet Title Act and because neither the Declaratory Judgment Act nor the Mandamus Act provide a waiver of the United States' sovereign immunity. Accordingly, all of Plaintiff's claims are barred by the United States' sovereign immunity and must be dismissed.

Respectfully submitted this 18th day of October, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Bruce Bernard
BRUCE D. BERNARD
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1361
Facsimile: (303) 844-1350
Email: bruce.bernard@usdoj.gov

ATTORNEYS FOR FEDERAL DEFENDANTS

OF COUNSEL:

Barbara Goodyear
U.S. Department of the Interior
Office of the Solicitor
Pacific Southwest Region
San Francisco Field Office
1111 Jackson Street, Suite 735
Oakland, California 94607