DEBORAH S. REAMES (State Bar No. 117257)
GREGORY C. LOARIE (State Bar No. 215859)
GEORGE M. TORGUN (State Bar No. 222085)
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725
F: (510) 550-6749

*Counsel for Defendant-Intervenors*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| HAZEL GREEN RANCH, LLC, | Case No. 1:07-cv-00414-OWW-SMS |
| Plaintiff, | |
| v. | ORDER RE: REQUEST FOR MODIFICATION OF SCHEDULING ORDER |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants, and | |
| SIERRA CLUB, *et al.*, | |
| Defendant-Intervenors. | |

**ORDER**

IT IS HEREBY ORDERED that the January 28, 2008 deadline for filing of motions, and related deadlines set forth in Section IX.3 (Page 7, Lines 3-7) of the Scheduling Conference Order dated September 11, 2007, are vacated. The Court will discuss scheduling issues with the parties following the February 4, 2008 hearing on the motions to dismiss.

Dated: January 29, 2008        /s/ OLIVER W. WANGER
                               HON. OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE

[Proposed] Order Re: Request for Modification of Scheduling Order – No. 1:07-cv-00414-OWW-SMS

PDF created with pdfFactory trial version www.pdffactory.com