COLIN LENNARD (SBN 42304)
MARTIN L. PITHA (SBN 192447)
**FULBRIGHT & JAWORSKI L.L.P.**
555 S. Flower Street, Suite 4100
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

Attorneys for Plaintiff
HAZEL GREEN RANCH, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HAZEL GREEN RANCH, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, in his capacity as Secretary of the United States Department of the Interior, NATIONAL PARK SERVICE, MARY A. BOMAR, in her capacity as Director, National Park Service, MICHAEL J. TOLLEFSON, in his capacity as Superintendent, Yosemite National Park, UNITED STATES DEPARTMENT OF AGRICULTURE, CHARLES F. CONNOR, in his capacity as Acting Secretary of the United States Department of Agriculture, NATIONAL FOREST SERVICE, GAIL KIMBALL, in her capacity as Chief of the National Forest Service, and UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 1: 07-0414 OWW-SMS<br><br>**STIPULATION RE:**<br><br>**(1) HEARING DATE RE PLAINTIFF HAZEL GREEN RANCH, LLC'S MOTION TO JOIN MARIPOSA AND TUOLUMNE COUNTIES AS PARTIES;**<br>**(2) MODIFICATION TO SCHEDULING ORDER; AND**<br>**(3) STAY OF COURT PROCEEDINGS TO MAY 5, 2008**<br><br>**ORDER** |

Plaintiff Hazel Green Ranch, LLC (hereafter "HGR"), Defendants United States Department of the Interior, Dirk Kempthorne (in his capacity as Secretary of the United States Department of the Interior), the National Park Service, Mary Bomar (in her capacity as Director, National Park Service), Michael Tollefson (in his capacity as Superintendent, Yosemite National Park), the United States Department of Agriculture, Charles F. Connor (in his capacity as Acting Secretary of the United States Department of Agriculture), the National Forest Service, Gail Kimball (in her capacity as Chief of the National Forest Service), and the United States of America (hereafter the "Federal Defendants"), and Defendant-Intervenors Sierra Club, Natural Resources Defense Council, and The Wilderness Society (hereafter "Defendant-Intervenors"), by and through their undersigned counsel of record, respectfully request that the Court modify certain pending scheduled dates in this case and enter a stay of court proceedings until May 5, 2008, for good cause as follows:

1. <u>The Pending Hearing on HGR's Motion to Join Mariposa and Tuolumne Counties</u>

Mariposa County, one of the two counties HGR has sought to join in this matter, has requested additional time to consider and address certain issues raised in this litigation, and the potential resolution thereof. Thus, HGR, the Federal Defendants, and the Defendant-Intervenors request that the April 7, 2008 hearing date concerning HGR's Motion to Join Mariposa and Tuolumne Counties (the "Motion") be continued to May 5, 2008.

2. <u>Modification to Scheduling Order re Expert and Rebuttal Expert Disclosure Deadlines</u>

In light of the postponement of the hearing on the Motion, and in the interest of judicial economy, HGR, the Federal Defendants, and the Defendant-Intervenors request that the pending expert disclosure date of April 15, 2008, be continued to

DOCUMENT PREPARED ON RECYCLED PAPER

PDF created with pdfFactory trial version www.pdffactory.com

May 15, 2008, and the pending supplemental and rebuttal expert disclosure date of May 15, 2008, be continued to June 16, 2008.

3. <u>Stay of Proceedings to May 5, 2008</u>

In light of Mariposa County's request set forth in Paragraph 1, above, and the requested postponement of the hearing on the Motion, HGR, the Federal Defendants, and the Defendant-Intervenors request that all proceedings, hearings, and pending matters before this Court be stayed until May 5, 2008 (with the exception of the briefing on the Motion, which shall occur as set by Local Rule 78-230(c) based on the new May 5, 2008, hearing date).[1]

Respectfully submitted,

Dated:  March 20, 2008            /s/ Martin L. Pitha (authorized 3/20/08)
                                  COLIN LENNARD
                                  MARTIN L. PITHA
                                  Fulbright & Jaworski L.L.P.
                                  555 S. Flower Street, Suite 4100
                                  Los Angeles, CA 90071
                                  T: (213) 892-9200 / F: (213) 892-9494

                                  *Counsel for Plaintiff*

                                  MCGREGOR W. SCOTT, U.S. Attorney
                                  KRISTI C. KAPETAN, Assistant U.S. Attorney
                                  2500 Tulare St., Suite 4401
                                  Fresno, CA 93721
                                  T: (559) 497-4000 / F: (559) 497-4099

Dated:  March 20, 2008            /s/ Bruce D. Bernard (authorized 3/20/08)
                                  RONALD J. TENPAS, Assistant Attorney General
                                  BRUCE D. BERNARD, Trial Attorney
                                  Environment & Natural Resources Division
                                  U.S. Department of Justice
                                  1961 Stout Street, 8th Floor
                                  Denver, Colorado 80294
                                  T: (303) 844-1361 / F: (303) 844-1350

                                  *Counsel for Federal Defendants*

---

[1] Tuolumne County has been advised of this potential change in the hearing date and briefing schedule.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 20, 2008

/s/ George M. Torgun
DEBORAH S. REAMES
GREGORY C. LOARIE
GEORGE M. TORGUN
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
T: (510) 550-6725 / F: (510) 550-6749

*Counsel for Defendant-Intervenors*

## ORDER

Pursuant to the forgoing stipulation of the parties, IT IS ORDERED as follows:

1. The April 7, 2008 hearing on Plaintiff Hazel Green Ranch, LLC's Motion to Join Mariposa and Tuolumne Counties (the "Motion") is hereby continued to May 5, 2008, at 10:00 a.m. before this Court.

2. The Scheduling Order in this case is hereby modified to reflect that the expert disclosure date is May 15, 2008, and the supplemental and rebuttal expert disclosure date is June 16, 2008.

3. All proceedings, hearings, and pending matters before this Court shall be stayed until May 5, 2008 (with the exception of the parties' and non-parties' briefing on the Motion, which shall occur as set by Local Rule 78-230(c).

Dated: March 20, 2008

/s/ OLIVER W. WANGER
_____
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE