MCGREGOR W. SCOTT
United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

RONALD J. TENPAS
Assistant Attorney General
BRUCE D. BERNARD
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1361
Facsimile:  (303) 844-1350
e-mail: bruce.bernard@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAZEL GREEN RANCH, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>Defendants,<br><br>and<br><br>SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, and THE WILDERNESS SOCIETY,<br><br>Defendant-Intervenors. | No. 1:07-CV-00414-OWW-SMS<br><br>ORDER ESTABLISHING TIME FOR FEDERAL DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT FOR QUIET TITLE<br><br>Hearing Date:     March 2, 2009<br>Hearing Time:     10:00 a.m.<br>Hearing Location:  Courtroom 3 |

1  IT IS HEREBY ORDERED that Federal Defendants shall have to and including January 2 14, 2009 to respond to the Third Amended Complaint for Quiet Title (Docket No. 100) filed in 3 this matter.

6  Dated: 1/7/2009           /s/ OLIVER W. WANGER
                              HONORABLE OLIVER W. WANGER
7                             UNITED STATES DISTRICT JUDGE