LAWRENCE BROWN
Acting United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

JOHN C. CRUDEN
Assistant Attorney General
BRUCE D. BERNARD
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1361
Facsimile:  (303) 844-1350
e-mail: bruce.bernard@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAZEL GREEN RANCH, LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>　　　　　Defendants,<br><br>and<br><br>SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, and THE WILDERNESS SOCIETY,<br><br>　　　　　Defendant-Intervenors. | No. 1:07-CV-00414-OWW-SMS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMIT |

1     Having considered Defendants' Motion for Leave to File Memorandum Exceeding Page

2 Limits, it is hereby ordered that Defendants' motion is granted, and that the Memorandum in

3 Support of Motion to Dismiss the Third Amended Complaint lodged with the Motion is hereby

4 accepted for filing.

7 Dated: 6/29/2009                        /s/ OLIVER W. WANGER
                                                     HONORABLE OLIVER W. WANGER
8                                                      UNITED STATES DISTRICT JUDGE