LAWRENCE BROWN
Acting United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

JOHN C. CRUDEN
Assistant Attorney General
BRUCE D. BERNARD
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1361
Facsimile:  (303) 844-1350
e-mail: bruce.bernard@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIPOSA COUNTY, and HAZEL GREEN RANCH, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　　Defendants,<br><br>and<br><br>SIERRA CLUB, et al.,<br><br>　　　　　　Defendant-Intervenors. | No. 1:07-CV-00414-OWW-SMS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING PAGE LIMIT |

Having considered Defendants' Motion for Leave to File Memorandum Exceeding Page Limit, it is hereby ordered that Defendants' motion is granted, and that the Reply Memorandum in Support of Motion to Dismiss the Third Amended Complaint lodged with the Motion is hereby accepted for filing.

Dated: November 6, 2009        /s/ OLIVER W. WANGER
                               HONORABLE OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE