# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL GREEN RANCH, LLC<br><br>                    Plaintiff,<br><br>    v.<br><br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>                    Defendants,<br><br>and<br><br>SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, and THE WILDERNESS SOCIETY,<br><br>                    Defendant-Intervenors. | No. 1:07-CV-00414-OWW-SMS<br><br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION HEARING |

The parties' JOINT STIPULATION TO CONTINUE MOTION HEARING, filed with this Court on December 9, 2009, is hereby GRANTED.  The hearing date on Defendants' Motion to Dismiss Third Amended Complaint, set for January 25, 2010 by the minute order of November 18, 2009, is reset to March 29, 2010.

IT IS SO ORDERED.

**Dated:    December 10, 2009**              _____ **/s/ Oliver W. Wanger** _____
                                        UNITED STATES DISTRICT JUDGE