UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAZEL GREEN RANCH, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants,<br><br>SIERRA CLUB, et al.,<br><br>　　　　Defendant-Intervenors. | 1:07-CV-00414 OWW SMS<br><br>ORDER GRANTING IN PART JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE |

The parties' JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULE, filed with this Court on March 1, 2010, is hereby GRANTED IN PART, and the Court ORDERS as follows:

1. Pending entry of the Court's order resolving the pending Motion to Dismiss the Third Amended Complaint filed by Defendants [Dkt. Nos. 108, 111], pretrial deadlines set forth in the Court's Amended Scheduling Conference Order dated July 2, 2009 [Dkt. No. 114] are continued.

1

2. Upon entry of the Court's order resolving the Motion to Dismiss, a scheduling conference shall be held to confirm the schedule for final disposition of this case.

IT IS SO ORDERED
Dated:  March 5, 2010

<pre>                              /s/ Oliver W. Wanger
                                Oliver W. Wanger
                           United States District Judge</pre>