BENJAMIN B. WAGNER
United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IGNACIA S. MORENO
Assistant Attorney General
BRUCE D. BERNARD
Trial Attorney
General Litigation Section
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado 80294
Telephone: (303) 844-1361
Facsimile:  (303) 844-1350
e-mail: bruce.bernard@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIPOSA COUNTY, and HAZEL GREEN RANCH, LLC, | No. 1:07-CV-00414-OWW-SMS |
| Plaintiffs, | FINAL JUDGMENT |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., | Judge:   Hon. Oliver W. Wanger |
| Defendants, | |
| and | |
| SIERRA CLUB, et al., | |
| Defendant-Intervenors. | |

On April 5, 2010, the Court issued an Order granting Defendants' motion to dismiss

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs Mariposa County and Hazel Green Ranch, LLC's ("HGR's") Third Amended Complaint for Quiet Title in its entirety. Doc. 127. The Court's Order dismissed HGR's claims without leave to amend, and dismissed Mariposa County's claims with one final opportunity to file an amended complaint properly pleading its claims on or before April 29, 2010. Id. at 42. On April 29, 2010, Mariposa County filed a notice of dismissal of its claims. Doc. 128.

Accordingly, all claims of HGR and Mariposa County are DISMISSED WITH PREJUDICE, and FINAL JUDGMENT is entered in favor of Defendants and against Plaintiffs. The clerk is directed to CLOSE the case.

IT IS SO ORDERED.

DATED: _May 14, 2010_____        _/s/ OLIVER W. WANGER_____
                                    HON. OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com